# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | MC 12-00153 ABC | Date | March 19, 2012 |
| Title | In Re Pierce Henry O'Donnell | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:**   Order Re Correspondence of March 13, 2012

On March 14, 2012, the Court ordered the summary suspension of attorney Pierce Henry O'Donnell pursuant to Local Rule 83-3.2.1.  The Court is now in receipt of a letter–dated March 13, 2012, and accompanied by exhibits–submitted by counsel for Mr. O'Donnell.  The letter purports to present, among other things, good cause why Mr. O'Donnell should not be summarily suspended.

Pursuant to Local Rule 83-2.11, the aforementioned letter is not to be filed, but rejected without further consideration.  Now that this disciplinary action has been opened and assigned a case number, future matters concerning this action are to be called to the Court's attention "by appropriate application or motion filed in compliance with [the] Local Rules."  *See* L.R. 83-2.11.  In particular, the Court urges Mr. O'Donnell and his counsel to follow, where appropriate, the Local Rules pertaining to filing matters under seal.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Preparer | ljw for AB | |